**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Prime Datum, Inc.　　v.　　Baldor Electric Company

No. 16-1051

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se　　☒ As counsel for: Prime Datum, Inc.

Name of party

I am, or the party I represent is (select one):

☐ Petitioner　　☐ Respondent　　☐ Amicus curiae　　☐ Cross Appellant

☒ Appellant　　☐ Appellee　　☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☒ Petitioner or appellant　　☐ Respondent or appellee

Name: James R. Muldoon
Law Firm: Harris Beach PLLC
Address: 333 W. Washington Street, Suite 200
City, State and Zip: Syracuse, NY 13202
Telephone: 315-423-7100
Fax #: 315-422-9331
E-mail address: jmuldoon@harrisbeach.com

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 1998

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes　　☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date: October 22, 2015　　Signature of pro se or counsel: /s/ James R. Muldoon

cc: All Counsel of Record

Reset Fields

FORM 30. Certificate of Service                                          Form 30

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  October 22, 2015
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| James R. Muldoon | /s/James R. Muldoon |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Harris Beach PLLC |
| Address | 333 W. Washington Street, Suite 200 |
| City, State, Zip | Syracuse, New York 13202 |
| Telephone Number | 315-423-7100 |
| Fax Number | 315-422-9331 |
| E-Mail Address | jmuldoon@harrisbeach.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields