NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PRIME DATUM, INC.,**
*Appellant*

v.

**BALDOR ELECTRIC COMPANY,**
*Appellee*

---

2016-1051

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/002,286.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Prime Datum, Inc.'s motion for a 60-day extension of time, until February 5, 2016, to file its opening brief,

IT IS ORDERED THAT:

The motion is granted.

2        PRIME DATUM, INC. v. BALDOR ELECTRIC COMPANY

                                FOR THE COURT

                                <u>/s/ Daniel E. O'Toole</u>
                                Daniel E. O'Toole
                                Clerk of Court

s26